UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/10
```

HARVEY LAPIN

                        Plaintiff,

-v-

GOLDMAN SACHS & CO., *et al.*,

                        Defendants.

No. 04 Civ. 2236 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the parties' pre-motion letters, dated April 30, 2010, requesting leave to file motions for summary judgment and *Daubert* motions. IT IS HEREBY ORDERED that the post-discovery status conference schedule for Friday, May 14, 2010 at 9:30 a.m. shall also serve as a pre-motion conference. IT IS FURTHER ORDERED that, pursuant to the Court's Individual Practices Rule 2A, responses to the pre-motion letters shall be received in chambers by May 4, 2010 at 4:00 p.m.

SO ORDERED.

Dated:     May 3, 2010
             New York, New York

                                                 RICHARD J. SULLIVAN
                                                 UNITED STATES DISTRICT JUDGE