UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARVEY LAPIN

                Plaintiff,

-v-

GOLDMAN SACHS & CO., *et al.*,

                Defendants.

---

No. 04 Civ. 2236 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter, dated December 8, 2010, from Sherrie Brown, an objector to the proposed settlement in this action, requesting that the Court strike Exhibit 9 of the Declaration of Andrew M. McNeela, dated December 3, 2010. (Doc. No. 134.) Ms. Brown makes her request because she maintains that the exhibit improperly discloses personal data, "which violates [her] right to privacy, ethical and legal rules and subjects [her] to identity theft." The Court is also in receipt of a letter, dated December 8, 2010, from Lead Plaintiffs, objecting to this description of the disclosed information but indicating that they consent to the exhibit being stricken. Because Lead Plaintiffs consent to the striking of the Exhibit 9 and because none of the information contained therein is particularly relevant to any issue before the Court, the motion is GRANTED.

Accordingly, the Clerk of the Court is directed to strike Exhibit 9 of Doc. No. 134 from the record.

SO ORDERED.
Dated:     December 9, 2010
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE