UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARVEY A. LAPIN, Individually, and on Behalf of
All Others Similarly Situated,

                Plaintiff,

-v-

GOLDMAN SACHS & CO., *et al.*,

                Defendants.

No. 04 Civ. 2236 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As part of their Motion for an Order Authorizing Distribution of the Net Settlement Fund ("the Motion"), Plaintiffs request a release from liability for certain individuals involved in administering the settlement. (Doc. No. 140.) Specifically, the proposed order submitted by Plaintiffs included the following provision: "All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims concerning the settlement in this matter, or otherwise involved in the administration of the Settlement Fund or the Net Settlement Fund, are released from any claims arising out of their involvement." Plaintiffs' brief does not provide much by way of an explanation or justification for such a provision (Doc. No. 141), nor does the Affidavit submitted by the Claims Administrator (Doc. No. 142). This provision also does not appear to have been included as part of the Order preliminarily approving the settlement agreement (Doc. No. 124), the Notice that was distributed to potential class members, or the Final Judgment (Doc. No. 137). Accordingly, IT IS HEREBY ORDERED THAT Plaintiffs shall submit a letter to

the Court on or before June 21, 2013, explaining why the Court should include the aforementioned release provision in an order approving disbursement of the settlement.

SO ORDERED.

Dated:   June 14, 2013
         New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE